# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REBECCA L. T.,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:21-CV-5096-MLP<br><br><br>ORDER |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will offer the claimant the opportunity for a new hearing and further development of the record and issue a new decision. The ALJ will re-evaluate the medical opinions of record, reassess the claimant's allegations about her symptoms, and continue with the sequential evaluation, obtaining additional vocational expert testimony if necessary.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 18th day of August, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Christopher J. Brackett
CHRISTOPHER J. BRACKETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2545
Fax:  (206) 615-2531
christopher.brackett@ssa.gov